# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4985

_____

KEVIN JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

May 10, 2019

PER CURIAM.

AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion
under Fla. R. App. P. 9.330 or 9.331.***

_____

Kevin Jones, pro se, Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant
Attorney General, Tallahassee, for Appellee.